IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATIONAL COUNCIL OF YOUNG MEN'S CHRISTIAN ASSOCIATIONS OF THE UNITED STATES OF AMERICA | : : | CIVIL ACTION |
| vs. | : | NO. 11-cv-4514 -EL |
| GERMANTOWN Y, a Pennsylvania Limited Partnership | : | |

ORDER

AND NOW, this  24th  day of August, 2011 , the application of Scott E. Thompson, Esquire to participate in the conduct of this civil action pro hac vice under Local Rule of Civil Procedure 83.5.2(b) is granted.

BY THE COURT:


 /s/ Edmund V. Ludwig
EDMUND V. LUDWIG, J.